**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Golden Seahorse LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **22-11582** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 16, 2022**          X **/s/ Jubao Xie**
                                              Signature of individual signing on behalf of debtor

                                              **Jubao Xie**
                                              Printed name

                                              **Managing Member of Hysendal USA LLC, Sole Member**
                                              Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name    **Golden Seahorse LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **22-11582**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $   **165,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................    $   **10,754,311.27**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $   **175,754,311.27**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $   **137,025,000.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $   **503,286.44**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$   **5,837,344.27**

4.  Total liabilities ..................................................................................
    Lines 2 + 3a + 3b

| $   **143,365,630.71** |
|---|

**Fill in this information to identify the case:**

Debtor name    **Golden Seahorse LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **22-11582**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$3,000.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Operating** | **8110** | **$1,822,784.84** |
| 3.2. | **Bank of America** | **Revenue Deposit** | **7847** | **$321,732.90** |
| 3.3. | **Bank of America** | **Manager** | **8123** | **$448.44** |
| 3.4. | **Wells Fargo** | **Cash Management Account (ACA)** | **5401** | **$9,352.25** |
| 3.5. | **Cathay Bank** | **Checking** | **7218** | **$13,860.51** |
| 3.6. | **Wells Fargo** | **Deposit Account Control Agreements (DACA)** | **6473** | **$3,855.44** |

| Debtor | **Golden Seahorse LLC** | | Case number *(If known)* **22-11582** |
|---|---|---|---|
| | Name | | |

**4.**      **Other cash equivalents** *(Identify all)*

**5.**      **Total of Part 1.**                                                    **$2,175,034.38**

               Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

     ■ No. Go to Part 3.
     ☐ Yes Fill in the information below.

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.
     ■ Yes Fill in the information below.

**11.**      **Accounts receivable**

           11a. 90 days old or less:          **287,988.91**      -                  **0.00**   = ....          **$287,988.91**

                               face amount                       doubtful or uncollectible accounts

**12.**      **Total of Part 3.**                                                  **$287,988.91**

               Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

     ■ No. Go to Part 5.
     ☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

     ☐ No. Go to Part 6.
     ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |
| **21.**   **Finished goods, including goods held for resale** | | | | |
| **22.**   **Other inventory or supplies** <br> **Various Housekeeping Supplies** | | **$0.00** | | **$20,000.00** |

**23.**      **Total of Part 5.**                                                  **$20,000.00**

               Add lines 19 through 22.  Copy the total to line 84.

**24.**      **Is any of the property listed in Part 5 perishable?**

| Debtor | **Golden Seahorse LLC** | Case number *(If known)* **22-11582** |
|---|---|---|
| | Name | |

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Furniture, fixture and Fittings | $0.00 | FMV | $2,490,108.90 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer - $78,719.01 Office Equipment - $17,321.86 Software - $142,709.96 | $0.00 | FMV | $238,750.83 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $2,728,859.73 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.

| Debtor | **Golden Seahorse LLC** | Case number *(If known)* **22-11582** |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Other Machinery and Equipment** | $0.00 | FMV | $5,490,138.95 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$5,490,138.95

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **Holiday Inn<br>Manhattan Financial<br>District<br>99-103 Washington<br>Street<br>New York, NY 10006** | Fee Ownership | $0.00 | FMV | $165,000,000.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$165,000,000.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

| Debtor | **Golden Seahorse LLC** | Case number *(If known)* **22-11582** |
|---|---|---|
| | Name | |

■ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

| 71. | Notes receivable | | | |
|---|---|---|---|---|
| | Description (include name of obligor) | | | |
| | **74,699 share at $0.7 per share (Norwegian Airline Debt to Stock)** | **52,289.30** - <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$52,289.30** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| **$52,289.30** |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor  **Golden Seahorse LLC**                                      Case number *(If known)* **22-11582**
Name

---

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,175,034.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $287,988.91 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,728,859.73 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,490,138.95 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $165,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $52,289.30 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,754,311.27 | + 91b. $165,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $175,754,311.27 |

**Fill in this information to identify the case:**

Debtor name   **Golden Seahorse LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **22-11582**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** | **HI FIDI B NOTE OWNER LLC**<br>Creditor's Name<br><br>**c/o Triangle Capital Group LLC**<br>**452 Fifth Avenue, 30th Floor**<br>**New York, NY 10018**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Holiday Inn Manhattan Financial District**<br>**99-103 Washington Street**<br>**New York, NY 10006** | **$50,000,000.00** | **$165,000,000.0 0** |
| | **morris@trianglecap.com**<br>Creditor's email address, if known | **Describe the lien**<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| | **Date debt was incurred**<br>**September 2018**<br>**Last 4 digits of account number** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor and its relative priority.<br>**1. Wilmington Trust, National**<br>**2. HI FIDI B NOTE OWNER LLC** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **Wilmington Trust, National**<br>Creditor's Name<br>**Association, as Trustee**<br>**1100 North Market Street**<br>**Wilmington, DE 19801**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Holiday Inn Manhattan Financial District**<br>**99-103 Washington Street**<br>**New York, NY 10006** | **$87,025,000.00** | **$165,000,000.0 0** |
| | **cmbtrustee@wilmingtontrust.com**<br>Creditor's email address, if known | **Describe the lien**<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |

| Debtor | **Golden Seahorse LLC** | Case number (if known) | **22-11582** |
| | Name | | |

**Date debt was incurred**

**September 2018**

**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $137,025,000 .00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Chava Klein, Esq.**<br>**452 Fifth Avenue**<br>**30th Floor**<br>**New York, NY 10018** | Line __2.1__ | |
| **King & Spalding LLP**<br>**Attn: Scott Levine, Esq.**<br>**1185 Ave of the Americas, 34Fl**<br>**New York, NY 10036** | Line __2.1__ | |

---

| Fill in this information to identify the case: |
| --- |

Debtor name    **Golden Seahorse LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **22-11582**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Department of the Treasury
Internal Revenue Service
PO Box7346
Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$220,000.00** | **$220,000.00** |
| --- | --- | --- | --- | --- |

**NYC Department of Finance
P.O. Box 3646
New York, NY 10008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Hotel Occupancy Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Golden Seahorse LLC | Case number (if known) | 22-11582 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,286.44 | $13,286.44 |
|---|---|---|---|---|
| | **NYC Water Board**<br>**PO Box 11863**<br>**Newark, NJ 07101** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Water Charges** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270,000.00 | $270,000.00 |
|---|---|---|---|---|
| | **NYS Sales Tax Processing**<br>**PO Box 15172**<br>**Albany, NY 12212** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.84 |
|---|---|---|---|
| | **AAA Phone on Hold**<br>**PO Box 4843**<br>**Cleveland, TN 37320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: **Trade**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,300.90 |
|---|---|---|---|
| | **Agoda International USA Inc.**<br>**PO Box 735562**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: **Trade**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,880.00 |
|---|---|---|---|
| | **Aquamenities**<br>**2490 Arnold Industrial Way**<br>**Concord, CA 94520** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: **Trade**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **Golden Seahorse LLC** | Case number *(if known)* | **22-11582** |
|---|---|---|---|
| | Name | | |

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.99**

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$526.14**

**Best Cleaners**
**571 Main Street**
**New York, NY 10044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,291.92**

**Bigintel FSS & Security Manage**
**47-46 45th Street**
**Suite 3F**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,932.82**

**BOOKING.COM BV**
**5295 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,482.20**

**Canary Technologies Corp.**
**PO Box 7603**
**San Francisco, CA 94120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,858.71**

**Capital Supply Company**
**115 Castle Road**
**Secaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,311.24**

**Casey Fire Systems Inc.**
**39-27 59th Street**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Golden Seahorse LLC** | | Case number (if known) | **22-11582** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$38.22** |
|---|---|---|---|
| | **Cintas Corporation** <br> **97627 eagle Way** <br> **Chicago, IL 60678** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,300.00** |
|---|---|---|---|
| | **Citywide Fire Sprinkler** <br> **PO Box 564520** <br> **College Point, NY 11356** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **ConEdison** <br> **PO Box 1702** <br> **New York, NY 10116** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Utilities__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$336.64** |
|---|---|---|---|
| | **Consolidated Hospitality Suppl** <br> **PO Box 677130** <br> **Dallas, TX 75267** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,903.11** |
|---|---|---|---|
| | **Constellation New Energy, Inc.** <br> **PO Box 4640** <br> **Carol Stream, IL 60197** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Utility__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$378.08** |
|---|---|---|---|
| | **Corporate Coffee Systems** <br> **745 Summa Ave** <br> **Westbury, NY 11590** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,855.96** |
|---|---|---|---|
| | **Crescent Hotels & Resorts LLC** <br> **10306 Eaton Place** <br> **Suite 430** <br> **Fairfax, VA 22030** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Management Agreement__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Golden Seahorse LLC** | | Case number (if known) | **22-11582** |
|---|---|---|---|---|
| | Name | | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,784.28** |
|---|---|---|---|
| | **Expedia Group** | ☐ Contingent | |
| | **1111 Expedia Group Way** | ☐ Unliquidated | |
| | **Seattle, WA 98119** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$591.29** |
|---|---|---|---|
| | **Flight Centre (UK) Limited** | ☐ Contingent | |
| | **Level 6 CI** | ☐ Unliquidated | |
| | **TWR Surrey KT34TE** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,258.60** |
|---|---|---|---|
| | **General Personnel Services Inc** | ☐ Contingent | |
| | **3907 Prince Street #5BB** | ☐ Unliquidated | |
| | **Flushing, NY 11354** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$886.85** |
|---|---|---|---|
| | **Guest Supply** | ☐ Contingent | |
| | **PO Box 6771** | ☐ Unliquidated | |
| | **Somerset, NJ 08875** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000,000.00** |
|---|---|---|---|
| | **H.I. Wall Street Hotel Investo** | ☐ Contingent | |
| | **Manhattan Regional Center** | ☐ Unliquidated | |
| | **158-13 72nd Ave, Suite 2D** | ☐ Disputed | |
| | **Fresh Meadows, NY 11365** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,720.29** |
|---|---|---|---|
| | **HD Supply Facilities Maintenan** | ☐ Contingent | |
| | **P.O. Box 509058** | ☐ Unliquidated | |
| | **San Diego, CA 92150** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,777.28** |
|---|---|---|---|
| | **Hewlett-Packard Financial Serv** | ☐ Contingent | |
| | **PO Box 402582** | ☐ Unliquidated | |
| | **Atlanta, GA 30384** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Golden Seahorse LLC** | Case number (if known) | **22-11582** |
|---|---|---|---|
| | Name | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$205.15** |
|---|---|---|---|

**HH Associates**
**Dept Ch 17973**
**Palatine, IL 60055**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$469.47** |
|---|---|---|---|

**Hireright LLC**
**PO Box847891**
**Dallas, TX 75284**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$585.75** |
|---|---|---|---|

**Hospitality Graphics Inc.**
**242 West 36th St.**
**New York, NY 10018**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$912,345.22** |
|---|---|---|---|

**Hysendal USA LLC**
**103 Washington Street**
**Suite 3**
**New York, NY 10006**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,999.70** |
|---|---|---|---|

**Intelligent Blends LP**
**5330 Eastgate Mall**
**San Diego, CA 92121**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350,994.86** |
|---|---|---|---|

**Intercontinental Hotels Group**
**PO Box 101074**
**Atlanta, GA 30392**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **License Fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$875.00** |
|---|---|---|---|

**Iresponze, LLC**
**60 Pointe Circle**
**Greenville, SC 29615**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Golden Seahorse LLC** | Case number (*if known*) | **22-11582** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,788.90**

**Jai Mon Tour**
**1350 Rue Royale**
**Trios Rivieres QB G9A 4J4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$314.65**

**M7 Services**
**1310 Rankin Rd.**
**Ste 300**
**Houston, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,381.36**

**Marsh USA Inc.**
**PO Box 846015**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,098.44**

**MVM Technlogy**
**27 William Street**
**Sayreville, NJ 08872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$895.00**

**Nalco Company LLC**
**PO Box 70716**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,321.46**

**ODP Business Solutions**
**PO Box 633204**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,433.07**

**Oracle America Inc.**
**PO Box 203448**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Golden Seahorse LLC** | Case number (if known) | **22-11582** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,214.00** |
|---|---|---|---|
| | **Party Technology Solutions LLC**<br>**5110 Lancaster Street**<br>**Harrisburg, PA 17111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,171.68** |
|---|---|---|---|
| | **Plasticard-Locktech Internatio**<br>**PO Box 679814**<br>**Dallas, TX 75267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61,906.57** |
|---|---|---|---|
| | **Ritz Hotels Services**<br>**179 Lafayette St.**<br>**Paterson, NJ 07501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,228.14** |
|---|---|---|---|
| | **Rotavele Elevator Service Inc.**<br>**414 Seneca Ave**<br>**Ridgewood, NY 11385** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$653.26** |
|---|---|---|---|
| | **Sentry Communications & Securi**<br>**60 Bethpage Road**<br>**Hicksville, NY 11801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$467.06** |
|---|---|---|---|
| | **TA Connections**<br>**PO Box 74008563**<br>**Chicago, IL 60674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,385.44** |
|---|---|---|---|
| | **Travelclick Inc.**<br>**PO Box 731577**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Golden Seahorse LLC** | Case number (if known) | **22-11582** |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**TTI Technologies Internationa**
**483 10th Ave**
**New York, NY 10018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189,000.00 |
|---|---|---|---|

**U.S. Small Business Administra**
**409 Third St. SW**
**Washington, DC 20416**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EIDL Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $273.98 |
|---|---|---|---|

**Verified Next Payment Solution**
**8115 Maple Lawn Blvd.**
**Suite 350**
**Fulton, MD 20759**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.00 |
|---|---|---|---|

**Visiting Media LLC**
**LB 1207**
**Seattle, WA 98124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,830.75 |
|---|---|---|---|

**Waste Connections of NY Inc.**
**120 Wood Avenue South**
**Iselin, NJ 08830**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 503,286.44 |
| 5b. Total claims from Part 2 | 5b. + | $ 5,837,344.27 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 6,340,630.71 |

**Fill in this information to identify the case:**

Debtor name **Golden Seahorse LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **22-11582**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest: **Exterminating Service Agreement** <br><br> State the term remaining <br> List the contract number of any government contract | **Abalon Exterminating Company**<br>**261 Fifth Avenue**<br>**New York, NY 10016** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest: **Landlord-Tenant Lease re premises located at 103 Washington St., Ground Floor, NY, NY 10006** <br> State the term remaining **11 years** <br> List the contract number of any government contract | **Amazon Restaurant & Bar Inc.**<br>**103 Washington St.**<br>**Fl. 1**<br>**New York, NY 10006** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest: **Fire Safety Maintenance Agreement** <br> State the term remaining **5.5 months** <br> List the contract number of any government contract | **Casey Fire Systems, Inc.**<br>**39-27 59th Street**<br>**Woodside, NY 11337** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest: **Fire Protection Agreement** <br> State the term remaining <br> List the contract number of any government contract | **Citywide Fire Sprinkler**<br>**31-70 College Point Boulevard**<br>**Flushing, NY 11354** |

| Debtor 1 | **Golden Seahorse LLC** | | | Case number *(if known)* | **22-11582** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Corporate Coffee Systems, LLC** |
| | List the contract number of any government contract | | **745 Summa Avenue**<br>**Westbury, NY 11590** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Hotel Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Crescent Hotel & Resorts, LLC** |
| | List the contract number of any government contract | | **1036 Eaton Place**<br>**Suite 430**<br>**Fairfax, VA 22030** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Fire Safety Plan Hotel Contract** | |
|---|---|---|---|
| | State the term remaining | | **Croker Fire Drill Corporation** |
| | List the contract number of any government contract | | **PO Box 368**<br>**Islip Terrace, NY 11752** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Cable/Television Programming/Networking Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **44 months** | **DMJ and Associates, Inc.** |
| | List the contract number of any government contract | | **d/b/a MVM Technology**<br>**27 William Street**<br>**Sayreville, NJ 08872** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor and Staffing Agreement** | |
|---|---|---|---|
| | State the term remaining | **May be terminiated at any time upon 30 days prior written  notice** | **General Personeel Services, In** |
| | List the contract number of any government contract | | **3907 Prince St.**<br>**#5BB**<br>**Flushing, NY 11354** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | **15 months** | **Hewlett-Packard Financial Serv**<br>**200 Cornell Drive**<br>**Berkeley Heights, NY 07922** |

| Debtor 1 | **Golden Seahorse LLC** | | Case number *(if known)* | **22-11582** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise/License Agreement** |
|---|---|---|
| | State the term remaining | **Holiday Hospitality Franchisin Three Ravinia Drive Suite 100 Atlanta, GA 30346** |
| | List the contract number of any government contract | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Program Technical Support (Software Update License) Services Agreement** |
|---|---|---|
| | State the term remaining | **11.5 months** |
| | List the contract number of any government contract | **Oracle America, Inc. PO Box 884471 Los Angeles, CA 90088** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Elevator Service Agreement** |
|---|---|---|
| | State the term remaining | **Rotavele Elevtaor Service Inc. 414 Seneca Avenue Ridgewood, NY 11385** |
| | List the contract number of any government contract | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Hotel's Guest Valet and Staff Uniform/Linen Cleaning and Servicing** |
|---|---|---|
| | State the term remaining | **The Ritz Dry Cleaning Services 791 Kent Ave Brooklyn, NY 11205** |
| | List the contract number of any government contract | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Removal of Non-Hazardous Trade Waste** |
|---|---|---|
| | State the term remaining | **7.5 Months** |
| | List the contract number of any government contract | **Waste Connections of NY, Inc. 120 Wood Avenue South Suite 302 Iselin, NJ 08830** |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Golden Seahorse LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td><strong>22-11582</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |