# United States Bankruptcy Court
## Southern District of New York

In re  **Golden Seahorse LLC**                                                                                      Case No.  **22-11582**

Debtor(s)                                                                                      Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hysendal USA LLC**<br>**103 Washington Street**<br>**Suite 3**<br>**New York, NY 10006** | | | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member of Hysendal USA LLC, Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 16, 2022**                                                                Signature  **/s/ Jubao Xie**
                                                                                                                         **Jubao Xie**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders