# United States Bankruptcy Court
## Southern District of New York

In re   **Golden Seahorse LLC**                                            Case No.   **22-11582**
                         Debtor(s)                                         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of Hysendal USA LLC, Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 16, 2022**                    **/s/ Jubao Xie**
                                                 **Jubao Xie**/**Managing Member of Hysendal USA LLC, Sole Member**
                                                 Signer/Title

AAA PHONE ON HOLD
PO BOX 4843
CLEVELAND, TN 37320


ABALON EXTERMINATING COMPANY
261 FIFTH AVENUE
NEW YORK, NY 10016


AGODA INTERNATIONAL USA INC.
PO BOX 735562
DALLAS, TX 75373


AMAZON RESTAURANT & BAR INC.
103 WASHINGTON ST.
FL. 1
NEW YORK, NY 10006


AQUAMENITIES
2490 ARNOLD INDUSTRIAL WAY
CONCORD, CA 94520


AT&T
PO BOX 5019
CAROL STREAM, IL 60197


BEST CLEANERS
571 MAIN STREET
NEW YORK, NY 10044


BIGINTEL FSS & SECURITY MANAGE
47-46 45TH STREET
SUITE 3F
WOODSIDE, NY 11377


BOOKING.COM BV
5295 PAYSPHERE CIRCLE
CHICAGO, IL 60674


CANARY TECHNOLOGIES CORP.
PO BOX 7603
SAN FRANCISCO, CA 94120


CAPITAL SUPPLY COMPANY
115 CASTLE ROAD
SECAUCUS, NJ 07094

```
CASEY FIRE SYSTEMS INC.
39-27 59TH STREET
WOODSIDE, NY 11377


CASEY FIRE SYSTEMS, INC.
39-27 59TH STREET
WOODSIDE, NY 11337


CHAVA KLEIN, ESQ.
452 FIFTH AVENUE
30TH FLOOR
NEW YORK, NY 10018


CINTAS CORPORATION
97627 EAGLE WAY
CHICAGO, IL 60678


CITYWIDE FIRE SPRINKLER
PO BOX 564520
COLLEGE POINT, NY 11356


CITYWIDE FIRE SPRINKLER
31-70 COLLEGE POINT BOULEVARD
FLUSHING, NY 11354


CONEDISON
PO BOX 1702
NEW YORK, NY 10116


CONSOLIDATED HOSPITALITY SUPPL
PO BOX 677130
DALLAS, TX 75267


CONSTELLATION NEW ENERGY, INC.
PO BOX 4640
CAROL STREAM, IL 60197


CORPORATE COFFEE SYSTEMS
745 SUMMA AVE
WESTBURY, NY 11590


CORPORATE COFFEE SYSTEMS, LLC
745 SUMMA AVENUE
WESTBURY, NY 11590
```

CRESCENT HOTEL & RESORTS, LLC
1036 EATON PLACE
SUITE 430
FAIRFAX, VA 22030


CRESCENT HOTELS & RESORTS LLC
10306 EATON PLACE
SUITE 430
FAIRFAX, VA 22030


CROKER FIRE DRILL CORPORATION
PO BOX 368
ISLIP TERRACE, NY 11752


DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PO BOX7346
PHILADELPHIA, PA 19101


DMJ AND ASSOCIATES, INC.
D/B/A MVM TECHNOLOGY
27 WILLIAM STREET
SAYREVILLE, NJ 08872


EXPEDIA GROUP
1111 EXPEDIA GROUP WAY
SEATTLE, WA 98119


FLIGHT CENTRE (UK) LIMITED
LEVEL 6 CI
TWR SURREY KT34TE


GENERAL PERSONEEL SERVICES, IN
3907 PRINCE ST.
#5BB
FLUSHING, NY 11354


GENERAL PERSONNEL SERVICES INC
3907 PRINCE STREET #5BB
FLUSHING, NY 11354


GUEST SUPPLY
PO BOX 6771
SOMERSET, NJ 08875

```
H.I. WALL STREET HOTEL INVESTO
MANHATTAN REGIONAL CENTER
158-13 72ND AVE, SUITE 2D
FRESH MEADOWS, NY 11365


HD SUPPLY FACILITIES MAINTENAN
P.O. BOX 509058
SAN DIEGO, CA 92150


HEWLETT-PACKARD FINANCIAL SERV
PO BOX 402582
ATLANTA, GA 30384


HEWLETT-PACKARD FINANCIAL SERV
200 CORNELL DRIVE
BERKELEY HEIGHTS, NY 07922


HH ASSOCIATES
DEPT CH 17973
PALATINE, IL 60055


HI FIDI B NOTE OWNER LLC
C/O TRIANGLE CAPITAL GROUP LLC
452 FIFTH AVENUE, 30TH FLOOR
NEW YORK, NY 10018


HIRERIGHT LLC
PO BOX847891
DALLAS, TX 75284


HOLIDAY HOSPITALITY FRANCHISIN
THREE RAVINIA DRIVE
SUITE 100
ATLANTA, GA 30346


HOSPITALITY GRAPHICS INC.
242 WEST 36TH ST.
NEW YORK, NY 10018


HYSENDAL USA LLC
103 WASHINGTON STREET
SUITE 3
NEW YORK, NY 10006
```

INTELLIGENT BLENDS LP
5330 EASTGATE MALL
SAN DIEGO, CA 92121


INTERCONTINENTAL HOTELS GROUP
PO BOX 101074
ATLANTA, GA 30392


IRESPONZE, LLC
60 POINTE CIRCLE
GREENVILLE, SC 29615


JAI MON TOUR
1350 RUE ROYALE
TRIOS RIVIERES QB G9A 4J4


KING & SPALDING LLP
ATTN: SCOTT LEVINE, ESQ.
1185 AVE OF THE AMERICAS, 34FL
NEW YORK, NY 10036


M7 SERVICES
1310 RANKIN RD.
STE 300
HOUSTON, TX 77073


MARSH USA INC.
PO BOX 846015
DALLAS, TX 75284


MVM TECHNLOGY
27 WILLIAM STREET
SAYREVILLE, NJ 08872


NALCO COMPANY LLC
PO BOX 70716
CHICAGO, IL 60673


NYC DEPARTMENT OF FINANCE
P.O. BOX 3646
NEW YORK, NY 10008


NYC WATER BOARD
PO BOX 11863
NEWARK, NJ 07101

NYS SALES TAX PROCESSING
PO BOX 15172
ALBANY, NY 12212


ODP BUSINESS SOLUTIONS
PO BOX 633204
CINCINNATI, OH 45263


ORACLE AMERICA INC.
PO BOX 203448
DALLAS, TX 75320


ORACLE AMERICA, INC.
PO BOX 884471
LOS ANGELES, CA 90088


PARTY TECHNOLOGY SOLUTIONS LLC
5110 LANCASTER STREET
HARRISBURG, PA 17111


PLASTICARD-LOCKTECH INTERNATIO
PO BOX 679814
DALLAS, TX 75267


RITZ HOTELS SERVICES
179 LAFAYETTE ST.
PATERSON, NJ 07501


ROTAVELE ELEVATOR SERVICE INC.
414 SENECA AVE
RIDGEWOOD, NY 11385


ROTAVELE ELEVTAOR SERVICE INC.
414 SENECA AVENUE
RIDGEWOOD, NY 11385


SENTRY COMMUNICATIONS & SECURI
60 BETHPAGE ROAD
HICKSVILLE, NY 11801


TA CONNECTIONS
PO BOX 74008563
CHICAGO, IL 60674

THE RITZ DRY CLEANING SERVICES
791 KENT AVE
BROOKLYN, NY 11205


TRAVELCLICK INC.
PO BOX 731577
DALLAS, TX 75373


TTI TECHNOLOGIES INTERNATIONA
483 10TH AVE
NEW YORK, NY 10018


U.S. SMALL BUSINESS ADMINISTRA
409 THIRD ST. SW
WASHINGTON, DC 20416


VERIFIED NEXT PAYMENT SOLUTION
8115 MAPLE LAWN BLVD.
SUITE 350
FULTON, MD 20759


VISITING MEDIA LLC
LB 1207
SEATTLE, WA 98124


WASTE CONNECTIONS OF NY INC.
120 WOOD AVENUE SOUTH
ISELIN, NJ 08830


WASTE CONNECTIONS OF NY, INC.
120 WOOD AVENUE SOUTH
SUITE 302
ISELIN, NJ 08830


WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE
1100 NORTH MARKET STREET
WILMINGTON, DE 19801