**Hearing Date: DECEMBER 1, 2022**
**Hearing Time: 10:00 a.m.**

**Tarter Krinsky & Drogin LLP**
*Proposed Attorneys for Golden Seahorse LLC,*
*Debtor and Debtor-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.
Jill Makower, Esq.
smarkowitz@tarterkrinsky.com
rcavaliere@tarterkrinsky.com
jmakower@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

GOLDEN SEAHORSE, LLC
dba Holiday Inn Manhattan Financial District,[1]

               Debtor.
---------------------------------------------------------------x

Chapter 11

Case No. 22-11582 (PB)

**NOTICE OF COMMENCEMENT OF CHAPTER 11 CASE AND**
**AGENDA FOR FIRST DAY HEARING**

**PLEASE TAKE NOTICE** that on November 29, 2022 (the "Commencement Date"), Golden Seahorse, LLC dba Holiday Inn Manhattan Financial District (the "Debtor") commenced a case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The case has been assigned to the Honorable Philip Bentley, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that in connection with the Debtor's chapter 11

---

[1] The Debtor's last four digits of its tax identification number is 4770. The Debtor's principal place of business is 99-103 Washington Street, New York, New Yo rk.

1

case, a hearing via Zoom to consider the Debtor's first day motions (the "First Day Motions") has been scheduled by the Bankruptcy Court for ***December 1, 2022 at 10:00 a.m. (EST)*** before the Honorable Philip Bentley, United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004 (the "First Day Hearing").

> **Any party who wishes to appear at the Zoom Hearing, whether making a "live" or "listen only" appearance before the Court, needs to register by November 30, 2022 at 4:00 p.m. an electronic appearance by going to https://www.nysb.uscourts.gov/content/judge-philip-bentley  The Court will use the email provided through such electronic appearance to send through Outlook an invitation to the registered party for the Hearing.  Please see Judge Bentley's aforesaid chambers page on the Court website for more information regarding these changes.**

**PLEASE TAKE FURTHER NOTICE** that at the First Day Hearing, the Debtor will move before the Bankruptcy Court for entry of orders in connection with the following First Day Motions:

- Cash Collateral Motion:  The Debtor will seek authority to use, on an interim basis, pending a final hearing, the cash collateral of Wilmington Trust, National Trustee, as Trustee for the benefit of the Registered Holders of Commercial Mortgage Pass-Through Certificates Series 2019-C6, Wells Fargo Commercial Mortgage Trust 2018-C47, Commercial Mortgage Pass-Through Certificates, Series 2018-C47 and CSAIIL 2018-C14 Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2018-C14 and Hi Fidi B Note Owner LLC, an affiliate of Triangle Capital Group LLC in exchange for various forms of adequate protection, including monthly interest payments and replacement liens on the Debtor's post-petition revenues.
- Wage Motion: The Debtor will seek authority to pay certain pre-petition wages to its employees.
- Status Conference: The Bankruptcy Code may also hold an initial status conference with respect to the Debtor's chapter 11 filing.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected.  You should read and discuss this notice with your attorney if you have one in this bankruptcy case.  (If you do not

have one in this bankruptcy case, you may wish to consult one.)  If you do not want the Court to grant the relief requested in the First Day Motions, or if you want the Court to consider your view on the First Day Motions, you or your attorney must attend the First Day Hearing.  Objections to the relief requested in the First Day Motions may be filed with the Clerk of the Court in advance of the First Day Hearing or made on the record of the First Day Hearing.  If you or your attorney do not attend the First Day Hearing, the Court may grant the relief requested in the First Day Motions.

**PLEASE TAKE FURTHER NOTICE** that the First Day Motions may be viewed on the Bankruptcy Court's website www.nysb.uscourts.gov for those with a PACER password.  The First Day Motions may also be obtained by contacting undersigned counsel by email below or by telephone.  **Any documents requested will be forwarded to the requesting party by electronic mail.**

Dated: New York, New York
November 29, 2022

**TARTER KRINSKY & DROGIN LLP**
*Proposed Attorneys for Golden Seahorse LLC, Debtor and Debtor-In-Possession*

By:   /s/ Scott S. Markowitz
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.
Jill Makower, Esq.
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
smarkowitz@tarterkrinsky.com
rcavaliere@tarterkrinsky.com
jmakower@tarterkrinsky.com

3

089271\1\170017269.v1