**Tarter Krinsky & Drogin LLP**
*Attorneys for Golden Seahorse LLC,*
*Debtor and Debtor-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
smarkowitz@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

GOLDEN SEAHORSE LLC
dba Holiday Inn Manhattan Financial District,[1]

Debtor.
-------------------------------------------------------------x

Chapter 11

Case No. 22-11582 (PB)

## DECLARATION OF SERVICE

Pursuant to the provisions 28 U.S.C. §1746, Jonilda Seitllari, declares under the penalty of perjury, the following to be true and correct:

1. I am not a party to this proceeding, I am over 18 years of age, and I reside in the County of Bergen, State of New Jersey.

2. On June 8, 2023, I caused to be served a true copy of the ***Sixth Monthly Fee Statement of Tarter Krinsky & Drogin LLP for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Debtor-in-Possession for the Period May 1, 2023 Through May 31, 2023*** (with attachment) [ECF No. 132] via Federal Express in a wrapper properly addressed with said delivery made prior to the latest time designated by Federal Express for overnight delivery, to the last known mailing address of the parties listed below:

Golden Seahorse LLC
99-103 Washington Street
New York, NY 10006
Attn: Jubao Xie

---

[1] The Debtor's last four digits of its tax identification number are 4770. The Debtor's principal place of business is 99-103 Washington Street, New York, New York.

089271\1\170249573.v1

United States Trustee
Office of the United States Trustee SDNY
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004-1408
Attn: Shannon Scott, Esq.

Gary F. Eisenberg, Esq.
Perkins Coie LLP
1155 Avenue of The Americas,
22nd Floor
New York, New York 10036-2711


Dated: Garfield, New Jersey
         June 8, 2023

                                               */s/ Jonilda Seitllari*
                                               Jonilda Seitllari