**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GOLDEN SEAHORSE, LLC,<br>dba Holiday Inn Manhattan Financial District,[1]<br><br>        Debtor. | Chapter No. 11<br><br>Case No.: 22-11582 (PB) |

## ORDER REGARDING ORAL ARGUMENT

The Court having scheduled oral argument for July 6, 2023, at 10:00 a.m. (the "Hearing") on certain legal issues related to confirmation of a plan of reorganization in this chapter 11 case, it is hereby **ORDERED** that:

1.    Attorneys that intend to argue on behalf of the Debtor or the Secured Lenders at the Hearing shall appear in person in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408. If any such attorney has a conflict that makes appearing in person impracticable, the attorney is directed to inform the Court of the conflict by email at pb.chambers@nysb.uscourts.gov no later than **5:00 p.m., on June 30, 2023**. Attorneys or parties that do not intend to address the Court at the Hearing may attend the hearing in person or via Zoom for Government.[2]

2.    In addition to any other issues counsel wish to address in their oral arguments, counsel should be prepared to address the legislative history of Congress's 1994 enactment of 11

---

[1] The Debtor's last four digits of its tax identification number is 4770. The Debtor's principal place of business is 99 Washington Street, New York, New York.

[2] Any party who wishes to attend the Hearing by Zoom is required to register their appearance 48 hours before any scheduled Zoom® hearing with the eCourtAppearances tool on the Court's website. Judge Bentley's Zoom instructions may be viewed at https://www.nysb.uscourts.gov/content/judge-philip-bentley. The Hearing may be adjourned, from time to time, by announcement in open Court without any further or other notice thereof.

1

U.S.C. § 365(b)(2)(D), including the evolution of the statutory language (e.g., Section 220 of HR 5116, 103d Cong., 2d Sess., at 57 (Oct. 4, 1994), and Section 219 of HR 5116, 103d Cong., 2d Sess., at 59 (Oct. 6, 1994)) and the relevant committee reports and floor statements.

Dated: New York, New York
June 29, 2023

                                           /s/ Philip Bentley
**Honorable Philip Bentley**
**United States Bankruptcy Judge**