**HEARING DATE: OCTOBER 24, 2023**
**HEARING TIME:  10:00 A.M.**

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Golden Seahorse LLC,*
*Debtor and Debtor-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.
smarkowitz@tarterkrinsky.com
rcavaliere@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| GOLDEN SEAHORSE LLC | |
| dba Holiday Inn Manhattan Financial District,[1] | Case No. 22-11582 (PB) |
| Debtor. | |

------------------------------------------------------------x

**NOTICE OF HEARING TO CONSIDER APPROVAL OF DEBTOR'S
FIRST AMENDED DISCLOSURE STATEMENT WITH RESPECT TO
DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED
SEPTEMBER 20, 2023 AND FOR RELATED RELIEF**

**PLEASE TAKE NOTICE,** than on **October 24, 2023 at 10:00 a.m. (EST)** (the "Hearing"),[2] Golden Seahorse LLC (the "Debtor"), by their attorneys, Tarter Krinsky & Drogin LLP, will move before the Honorable Philip Bentley via Zoom for Government®, United States Bankruptcy Judge, located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, for entry of an order approving the first

---

[1] The Debtor's last four digits of its tax identification number are 4770.  The Debtor's principal place of business is 99-103 Washington Street, New York, New York.

[2] Any party who wishes to attend the Hearing is required to register their appearance 48 hours before the scheduled hearing.  Participants are required to sign up to appear at the Hearing with the eCourtApperance tool at the following link: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl Participants may require assistance by contacting the Chambers of the Honorable Philip Bentley or Court Services at (212) 284-4040.

amended disclosure statement dated September 20, 2023 [ECF Dkt. No. 177] pursuant to §1125 of the United States Bankruptcy Code (the "Disclosure Statement"), filed by the Debtor with respect to the first amended plan of reorganization dated September 20, 2023 (the "Plan") [ECF No. 176].

**PLEASE TAKE FURTHER NOTICE,** that at the Hearing, the Debtor will also request the Bankruptcy Court: (a) approve the procedures for voting upon the Plan; (b) approve the form of ballot for voting upon the Plan; and (c) schedule a hearing to consider confirmation of the Plan[3].

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the relief to be sought at the Hearing must: (a) be in writing; (b) state with particularity the grounds thereof, including any proposed language that the objectant believes may satisfy such objection; (c) be filed with the Clerk of the Bankruptcy Court in accordance with the standing general order of the Bankruptcy Court for the Southern District of New York entered on January 19, 2001, establishing procedures for electronic filing, and be received in the chambers of the Honorable Philip Bentley, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, NY 10004; and (d) served upon (i) the undersigned counsel for the Debtor; and (ii) the Office of the United States Trustee, Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1408, Attn: Shannon Scott, Esq., so as to all be received no later than **October 5, 2023.**

**PLEASE TAKE FURTHER NOTICE,** that you need not appear at the Hearing if you do not object to the relief to be requested at the Hearing.

---

[3] Any party in interest may obtain copies of the Plan and Disclosure Statement from the case file held by the clerk of the Bankruptcy Court and www.nysb.uscourts.gov. A PACER password is required to access the Disclosure Statement and Plan. Copies can also be obtained by written request or email to the undersigned counsel for the Debtor.

**PLEASE TAKE FURTHER NOTICE,** that the Hearing may be adjourned from time to time without further notice other than by announcement of the adjournment date at the Hearing.

Dated:  New York, New York
September 20, 2023

          **TARTER KRINSKY & DROGIN LLP**
*Attorneys for Golden Seahorse LLC*
*Debtor and Debtor-in-Possession*

By: /s/ Scott S. Markowitz
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
smarkowitz@tarterkrinsky.com
rcavaliere@tarterkrinsky.com