**EXHIBIT B**

March 22, 2024

Three Ravinia Drive
Suite 100
Atlanta, GA 30346
USA
1 (770) 604-2495
www.ihg.com

**VIA EMAIL**

**Golden Seahorse LLC**
c/o Holiday Inn – Financial District
Attn: Mr. Jeff Qin
99 Washington Street
New York, NY 10006
jqin@hihotelmanhattan.com
jquin@gshnyc.com

**RE:    LICENSE AGREEMENT DATED OCTOBER 15, 2014 (AS SAME MAY HAVE BEEN AMENDED, THE "LICENSE"), BETWEEN GOLDEN SEAHORSE LLC ("LICENSEE") AND HOLIDAY HOSPITALITY FRANCHISING, LLC ("IHG") FOR THE HOLIDAY INN® MANHATTAN-FINANCIAL DISTRICT, NY/#12210 (THE "HOTEL") AND THE TEMPORARY CLOSURE AGREEMENT ENTERED INTO ON JANUARY 30, 2023 (THE "CLOSURE AGREEMENT")**

Dear Mr. Qin,

Licensee has requested that the Temporary Closure Period referenced in the Closure Agreement be extended to April 30, 2025. Subject to (i) Licensee obtaining authority from the Bankruptcy Court to execute this letter amendment and (ii) Licensee and each of the below referenced Guarantors' execution of this letter amendment, IHG consents to this request pursuant to the terms of the Closure Agreement, and the Reinstatement Date (as that term is defined in the Closure Agreement) is hereby extended to **April 30, 2025**.

All terms of the Closure Agreement remain in full force and effect. Time is of the essence; therefore, Licensee will utilize best efforts to obtain such authority and shall sign and return this letter by no later than May 1, 2024.

Should you have any questions, please contact Jenny Tidwell at Jenny.Tidwell@ihg.com.

Sincerely,


Jenny Tidwell
Vice President
Franchise Licensing and Compliance



LEGAL02/44206780v2
089271\1\170668197.v1

(SIGNATURES BEGIN ON FOLLOWING PAGE)

AGREED AND ACCEPTED THIS ___ DAY OF_____, 20__.

LICENSEE:

**GOLDEN SEAHORSE LLC**

By:  Hysendal USA LLC, its member

    By:  _____
        Jubao Xie
        Manager

IHG:

**HOLIDAY HOSPITALITY FRANCHISING, LLC**
By:  Six Continents Hotels, Inc.,
     its sole managing member

    By:  _____
        Jenny Tidwell
        Vice President
        Franchise Licensing and Compliance

**GUARANTOR**

By:  _____
   Jubao Xie



LEGAL02/44206780v2
089271\1\170668197.v1