UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
In re:

GOLDEN SEAHORSE LLC
dba Holiday Inn Manhattan Financial
District,
                    Debtor.

------------------------------x

23-cv-7868 (LAK)

**ORDER**

The Clerk of Court shall close this case.

Dated: January 15, 2025

                                                      Lewis A. Kaplan
                                                      United States District Court